No. 652, Misc. JOHNSON v. RUNDLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. *Joseph K. Fornance* for petitioner. Respondent *pro se.* ▮▮▮

No. 676, Misc. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 679, Misc. KUHL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Graydon S. Staring* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 690, Misc. GORI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 701, Misc. PIERCE ET AL. v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *Edward W. Jacko, Jr.* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Ronald J. Offenkrantz* and *Lester Esterman,* Assistant Attorneys General, for respondent.

No. 738, Misc. KEARNEY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.